JaVonne M. Phillips, Esq., SBN 187474
Kelly M. Raftery, Esq., SBN 249195
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
DEUTSCHE BANK NATIONAL TRUST COMPANY in its capacity as indenture trustee for the Noteholders of AAMES MORTGAGE INVESTMENT TRUST 2005-3 a Delaware statutory trust., its assignees and/or successors and the servicing agent Residential Credit Solutions, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Frank J Hernandez,<br><br>Elizabeth J Hernandez,<br><br><br><br>Debtors. | Case No. 09-46087 N<br><br>Chapter 7<br><br>RS No. KMR-3802<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: 09/23/09<br>Time: 10:30AM<br>Ctrm: 220<br>Place: 1300 Clay Street<br>        Oakland, CA |

DEUTSCHE BANK NATIONAL TRUST COMPANY in its capacity as indenture trustee for the Noteholders of AAMES MORTGAGE INVESTMENT TRUST 2005-3 a Delaware statutory trust., its assignees and/or successors in interest ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim)

so that moving party and its Trustee may commence and continue all acts necessary to foreclose under the Deed of Trust secured by the Debtors' property, commonly known as 2440 Alderwood Drive, Antioch, CA 94509, ("Property" herein).

The current value of the Debtors' subject Property is $235,830.00 based upon the Debtors' own value as set forth in **Exhibit "2"**. Other than Secured Creditor's Deed of Trust, the Debtors' subject Property is also encumbered by a Second Deed of Trust in favor of Citi Mortgage in the approximate amount of $32,000.00 as set forth in Debtors' Schedule D. **See Exhibit "3"**.

In the present case, the Debtors have little equity in the Property, as evidenced by the approximate market value compared to the total liens against the Property, principally that of Secured Creditor herein and the other liens as noted in this Motion.

| | |
|---|---:|
| Value | $ 235,830.00 |
| Total Liens to Secured Creditor | $ 179,005.98 |
| Junior Liens | $ 32,000.00 |
| Equity | $ 24,824.02 |

Based on the foregoing, Secured Creditor alleges that there is little equity in the subject Property, the subject Property is not necessary for an effective reorganization, and Secured Creditor is not adequately protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the subject Property at a trustee's sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.

2. For an Order that the ten day stay described by Bankruptcy Rule 4001(a)(3) be waived.
3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.
4. For attorneys' fees and costs incurred herein.
5. For such other relief as the Court deems proper.
6. The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

Dated: August 31, 2009            McCarthy & Holthus, LLP

By:   /s/ Kelly M. Raftery_____
Kelly M. Raftery, Esq.
Attorneys for Secured Creditor
DEUTSCHE BANK NATIONAL TRUST COMPANY in its capacity as indenture trustee for the Noteholders of AAMES MORTGAGE INVESTMENT TRUST 2005-3 a Delaware statutory trust., its assignees and/or successors and the servicing agent Residential Credit Solutions, Inc.

3      File No. CA09-34457
Motion for Relief from Automatic Stay, Case No.09-46087 N
Case: 09-46087    Doc# 11    Filed: 08/31/09    Entered: 08/31/09 18:16:43    Page 3 of 3