Entered on Docket
September 25, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 23 2009
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

JaVonne M. Phillips, Esq. SBN 187474
Kelly M. Raftery, Esq., SBN 249195
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
DEUTSCHE BANK NATIONAL TRUST COMPANY in its capacity as indenture trustee for the Noteholders of AAMES MORTGAGE INVESTMENT TRUST 2005-3 a Delaware statutory trust., its assignees and/or successors and the servicing agent Residential Credit Solutions, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-46087 N |
| Frank J Hernandez, | ) Chapter 7 |
| Elizabeth J Hernandez, | ) RS No. KMR-3802 |
| Debtors. | ) **ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | ) Date: 09/23/09 |
| | ) Time: 10:30AM |
| | ) Ctrm: 220 |
| | ) Place: 1300 Clay Street |
| | )        Oakland, CA |
| | ) Judge: Randall J. Newsome |

The motion of Secured Creditor, DEUTSCHE BANK NATIONAL TRUST COMPANY in its capacity as indenture trustee for the Noteholders of AAMES MORTGAGE INVESTMENT TRUST 2005-3 a Delaware statutory trust., its assignees and/or successors and the servicing agent, Residential Credit Solutions, Inc. ("Movant"), for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Randall J. Newsome. All appearances are as noted in the court record.

| | |
|---|---|
| 1 | Upon reading the papers and pleadings on file herein, and upon hearing oral argument |
| 2 | and based on the evidence presented, the Court rules as follows: |
| 3 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay |
| | EFFECTIVE 10-6-09 |
| 4 | provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of |
| 5 | Movant in the real property commonly known as 2440 Alderwood Drive, Antioch, CA 94509. |
| 6 | IT IS FURTHER ORDERED that Movant may complete its foreclosure of said real |
| 7 | property and proceed with post-foreclosure remedies, including any unlawful detainer action, in |
| 8 | accordance with applicable law. |
| 9 | IT IS FURTHER ORDERED that the ten day stay provided by Bankruptcy Rule |
| 10 | 4001(a)(3) is waived. |
| 12 | Dated: 9/23/09 |

Randall J. Newsome
United States Bankruptcy Court Judge

# COURT SERVICE LIST

COUNSEL FOR DEBTORS
Peter C Pappas
Law Offices of Peter C Pappas
2400 Sycamore Drive #40
Antioch, CA, 94509

TRUSTEE
Tevis Thompson
P.O. Box 1110
Martinez, CA, 94553

DEBTORS
Frank J Hernandez
Elizabeth J Hernandez
2440 Alderwood Drive
Antioch, CA 94509

ATTORNEY FOR MOVANT
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

SPECIAL NOTICE
Redwood Plaza Investments, L.P.
Alison E. Geddes, Esq.
980 Fulton Avenue
Sacramento, CA 95825

3

File No. CA09-34457
Certificate of Service of Order, Case No. 09-46087 N
Case: 09-46087   Doc# 14   Filed: 09/23/09   Entered: 09/25/09 13:19:01   Page 3 of 3